# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **DOCKET NO: 1:18-CR-112-MOC-WCM-1** |
| **V.** ) | |
| ) | **ORDER** |
| ) | |
| **JAVIER FERNANDO PEREZ** ) | |
| ) | |

This matter is before the Court on its own Motion to administratively close the case as to **Javier Fernando Perez.** The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

**It is, therefore, ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: October 6, 2020

Max O. Cogburn Jr.
United States District Judge